the Iohn & William of burden about. 30. tons whereof W$^m$ Hacket was late Ma$^r$ whereof the s$^d$ Greely is right & proper owner of one halfe with all her Appurtenances, yet notwithstanding the s$^d$ Hall keepeth the plaint. out of the possession of the said halfe of his Barque and disowneth him as an owner &c. whereby hee is damnified to the value of about one hundred pounds in money with other due damages. . . . The Iury . . . found for the plaint. that the Defend$^t$ deliver him one halfe of the Barque Sued for or Seventy pounds in money with costs of Court allow$^d$ Forty nine shillings two pence. m$^r$ Anthony Checkly Attourny for Greely (who prosecuted the Sute in his behalfe) appearing in the Office. 4$^o$ march: 1678. Acknowledged hee was fully Satisfied the abovewritten judgement by m$^r$ Nicholas Paige desiring it might bee so entred.

### RAVENSCROFT cont$^a$ HOMER

Samuel Ravenscroft plaint. cont$^a$ Robert Homer Defend$^t$ in an action of debt for non payment of twenty pounds in money due for so much lent him, with damages. . . . The Iury . . . found for the plaint. twenty pounds in money & costs of Court.

### RAVENSCROFT cont$^a$ IACKSON

Samuel Ravenscroft plaint. cont$^a$ Henry Iackson Defend$^t$ in an action of debt for non payment of twenty pounds in money due for so much lent him with damages: . . . The Iury . . . found for the plaint. twenty pounds in money & costs of Court.

### BRADSTRETT cont$^a$ GROSS

Simon Bradstreet Esq$^r$ plaint. cont$^a$ Clement Gross Defend$^t$ in an action of debt of about three pounds & fourteen Shillings in money being the remaind$^r$ of a bigger Summe due for a parcel of Malt sold by the s$^d$ Simon to the wife of the s$^d$ Gross in the yeare. 76. w$^{th}$ damages; . . . The Iury . . . found for the plaint. three pound twelve Shillings six pence in money and costs of Court.

### TYNG cont$^a$ GILBERT &$^a$

Edward Tyng Esq$^r$ Treasuror for the County of Suffolke plaint. cont$^a$ William Gilbert, Ioseph Weeden & William Mumford or either